FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 18 2011

CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

STACEY WELLS,

    Petitioner,

v.

J.W. HAVILAND, Warden,

    Respondent.

Case No. CV 11-2284-DMG (MLG)

ORDER ACCEPTING AND ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Petition, the records on file and the Report and Recommendations of the United States Magistrate Judge. The Court has also conducted a *de novo* review of those portions of the Report and Recommendations to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

Dated: October 14, 2011

Dolly M. Gee
United States District Judge