JS - 6/ENTER

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT 18 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

STACEY WELLS,

    Petitioner,

v.

J.W. HAVILAND, Warden,

    Respondent.

Case No. CV 11-2284-DMG (MLG)

JUDGMENT

IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: October 14, 2011

Dolly M. Gee
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT 18 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY